USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/6/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOUSSA GUEYE,

                Plaintiff,

-against-

DAVID VELA,

                Defendant.

1:21-cv-05062-MKV

ORDER OF DISMISSAL

MARY KAY VYSKOCIL, United States District Judge:

    This action has been consolidated with 1:21-cv-05044-VSB. The Clerk of the Court respectfully is requested to close this case.

**SO ORDERED.**

Date: August 6, 2021
New York, NY

_____
**MARY KAY VYSKOCIL**
**United States District Judge**